UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LACLEDE GAS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   4:11CV1766  HEA |
| | ) |
| ST. COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER**

**IT IS HEREBY ORDERED** that the preliminary injunction hearing previously set in this matter for Tuesday, March 6, 2012, is reset to Thursday, March 8, 2012, at 10:30 a.m. in the courtroom of the undersigned..

Dated this 5th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE